UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE BOHY,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION d/b/a

Elan Financial Services a/k/a Cardmember Services,

    Defendants.

Case No. 1:15-cv-00528- RHB

Honorable Robert Holmes Bell

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, JAMIE BOHY by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully submitted,

Dated: October 2, 2015

/s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
*Attorneys for Plaintiff*
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By: /s/ Ryan Lee
Ryan Lee
