# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

JAMIE BOHY,

    Plaintiff,

v.

U.S. BANK, a foreign entity,

    Defendant.

Case No. 1:15-CV-528

Honorable Robert Holmes Bell

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the stipulation of the parties; the Court being otherwise sufficiently advised; **IT IS ORDERED** that Plaintiff Jamie Bohy's claims are dismissed with prejudice and without costs or attorneys fees to either party.

DATED: October 21, 2015

/s/ Robert Holmes Bell
UNITED STATES DISTRICT COURT JUDGE

*I stipulate to entry of the above order:*

| | |
|---|---|
| / s/ Ryan S. Lee | / s/ Edward C. Culip, Jr. |
| Ryan S. Lee | Edward C. Cutlip, Jr. (P35836) |
| Krohn & Moss, Ltd. | KERR, RUSSELL AND WEBER, PLC |
| 10474 Santa Monica Blvd., Suite 405 | 500 Woodward Ave., Suite 2500 |
| Los Angeles, CA 90025 | Detroit, Michigan 48226 |
| Attorneys for Plaintiff | (313) 961 0200 |
| | Attorneys for Defendant |

{30887/116/D0995416.DOC;1}